IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KATHY JO ANDREWS                                                                PLAINTIFF

v.                                    Case No. 2:25-cv-2031

COMMISIONER,
SOCIAL SECURITY ADMINISTRATION                                                  DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on July 10, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Bryant recommends that Plaintiff's Motion for Attorney's Fees (ECF No. 15) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon consideration, the Court adopts the Report and Recommendation (ECF No. 19), and Plaintiff's motion (ECF No. 15) is **GRANTED**.

Accordingly, the Court finds that Plaintiff is entitled to compensation under the Equal Justice Access to Justice Act in the amount of $1,738.80.

**IT IS SO ORDERED**, this 29th day of July, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge